# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12974

_____

JOSE PEREZ,
ALFREDO SANTOS,
DOUGLAS RICHEY,
on behalf of themselves and all others
similarly situated,

                                                                 Plaintiffs-Appellants,

*versus*

OWL, INC.,
d.b.a. Owl Inc. Transportation,

                                                                 Defendant-Appellee.

_____

ORDER:

The parties should submit briefing, not exceeding ten pages, no later than August 4, 2023, addressing the following issue: Whether this Court has jurisdiction in light of *Rosell v. VMSB, LLC*, which held that Federal Rule of Civil Procedure 41(a)(2) provides only for the dismissal of an entire action and noted that "district courts have interpreted dismissals involving *Lynn's Food Stores* as Rule 41(a)(2) dismissals." 67 F.4th 1141, 1143 & n.1 (11th Cir. 2023).

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION